UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CHET MICHAEL WILSON, on behalf of himself and all others similarly situated<br>    *Plaintiff,*<br><br>    v.<br><br>ALTRIA GROUP DISTRIBUTION COMPANY,<br>    *Defendant.* | No. 1:24-cv-1917-CMH-WEF |

## ORDER

This matter is before the Court on Defendant's Motion to Compel (Dkt. 27).

Upon consideration of the Motion and for the reasons stated in open court, it is hereby

**ORDERED** that the Motion (Dkt. 27) is **GRANTED** and it is further

**ORDERED** that Plaintiff shall provide complete responses to Defendant's ROG 13 (all litigation history) and 14-17 (class allegations, including supplemental expert disclosure) within seven (7) days from the entry of this Order.

**ENTERED** this 18th day of April, 2025.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia