IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **CHET MICHAEL WILSON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**ALTRIA GROUP DISTRIBUTION COMPANY**<br><br>*Defendant.* | :<br>:<br>:<br>:<br>:<br>:<br>: CIVIL ACTION FILE NO. 24-cv-01917<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Chet Michael Wilson and Defendant Altria Group Distribution Company stipulate to dismissal with prejudice, each party to pay its own costs and attorneys fees. Therefore dismissal without a court order is proper.

Respectfully submitted this 2nd day of June, 2025.

| | |
|---|---|
| By: /s/ *William Robinson*<br>William Robinson<br>VSB:76098<br>319 N. Piedmont St., #1<br>Arlington VA. 22203<br>ph. 703-789-4800<br>wprlegal@gmail.com<br><br>By: /s/ *Anthony I. Paronich*<br>Anthony I. Paronich, Pro Hac Vice<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(508) 221-1510<br>anthony@paronichlaw.com<br><br>*Counsel for Plaintiff*<br>*Chet Michael Wilson* | By: *Kevin S. Elliker*<br>Tara L. Elgie (VSB No. 48259)<br>Kevin S. Elliker (VSB No. 87498)<br>HUNTON ANDREWS KURTH LLP<br>Riverfront Plaza, East Tower<br>951 E. Byrd Street<br>Richmond, VA 23219<br>Telephone: (804) 788-8200<br>Facsimile:  (804) 788-8218<br>Email:  telgie@hunton.com<br>Email:  kelliker@hunton.com<br><br>*Counsel for Defendant*<br>*Altria Group Distribution Company* |

So Ordered
/s/ Claude M. Hilton
USDJ
June 3, 2025